# COMPLAINT
(for filers who are prisoners without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 APR 10 P 3:43
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Anthony Kwame IT

v.

(Full name of defendant(s))

Doctor Thomas Michlauski
RN Erica Koere
and others

Case Number:

**19-C-0518**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)
__Wisconsin Resource Center 1505 North Drive PO Box 220 Winnebago WI 54985__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __All defendants__
(Name)
is (if a person or private corporation) a citizen of __Wisconsin__

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Wisconsin Resource Center 1505 North Drive Winnebago WI 54985

CO Keste - Columbia Correctional (Employer's name and address, if known)

Warden Novak - Columbia Correctional Institution 2925 Columbia Dr. Portage WI 53901

(If you need to list more defendants, use another piece of paper.)

## B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 2/14/19 while at Columbia Correctional Institution I was given a 30-day, long acting antipsychotic medication injection of Paliperidone by an RN at CCI who documented that I recieved the injection. On February 21, 2019 I was transfered to Wisconsin Resource Center where Dr. Michlowski ordered I be given an injection of the 30-day, long acting antipsychotic drug paliperidone. PCT Lucas Allen came to my cell door on unit F-H and informed me I would need to recieve an injection. I informed PCT Allen that I had already recieved the injection on the 14th of February and that I did not want to take the shot because I had already

Defendants:
- Thomas Michlowski, M.D.
- Erica Koere
- Luke Allen
- Goerge Monese, M.D
- Officer Keske (Columbia Correctional Inst.)
- Jane/John Doe Policy Makers
- Warden Novak (CCI)

2-A

[B. Statement of Claim]

recieved my shot for that 4-week period (and that I wasn't comfortable taking the shot). PCT Allen responded by telling me that I had "no choice," and that the officers and staff would "make me take the injection" [by force]. RN Erice Koere then came to my door and told me that they had no record of me recieving the injection and that the record actually showed that I refused it on 2/18/19. I told Nurse Koere that I had infact already recieved the shot just a week prior, and that I did not want to recieve it again because it would be excessive and unneccessary and that I feared an increased risk of side affects. Nurse Koere then left my cell door. PCT Allen then came back and informed me that the officers were putting ~~teeth a se~~ together a cell extraction team and were preparing to use force to administer the injection. Afraid that I would get hurt and recieve a major conduct report I told PCT Allen that I would take the shot because I had no choice according to

B. Statement of Claim

staff, but that I wanted it documented that I tried to refuse the shot due to my position that I had already been given the 30-day, long acting injection that month — just a week earlier. A few moments later, several officers and supervisors showed up at my door. I was handcuffed and Nurse Koere injected me with 284mg of the antipsychotic drug paliperidone in my right arm. It should be noted that the injection I recieved on 2/14/19 was also for 284mg, the highest dosage available of the antipsychotic drug injection. Because Nurse Koere, and Doctor Michlaski failed to correctly review my health care record — which would have showed that I recieved the injection on the 14th of February 2019 had they done their duties properly, I was given 2 injections/ doses of the highest milligram dosage of a long acting 30-day antipsychotic drug in the span of one week.

**B. Statement of Claim**

The shot is usually administered every four weeks and last 30 days. The injection I received on 2/21/19 should not have been administered until ~~3/14~~ March 14, 2019. It should be noted that this injection causes side affects and because of the excessive medication I experienced involuntary head & neck shaking, soreness in my right arm at the injection ~~site~~, nausea & migraines which lasted 5 days after the shot I was given on 2/21/19. Dr. Michlowski and Nurse Koere were grossly negligent when they failed to properly review my health care file which resulted in, essentially, an accidental ~~overdose~~ overdose. Dr. Michlowski is also liable for Malpractice ~~and~~ Battery because of unwanted touching that resulted when he ordered a second injection that should not have been ordered for 3 more weeks yet. PCT Lucas Allen is also liable for forcing me to take the shot, as he directly restricted my liberty and violated my 14th Amendment rights to due process and aided in violating my patient rights to be free from unnecessary and excessive medication by telling

[B. Statement of claim]

me, he and other staff would force me to take the shot. My treating physician at WRC Doctor George Monese is liable because he did not take the necessary steps to properly order my treatment after my meeting with him on 1/29/19 at which meeting he told me he had reviewed my records. Jane/John Doe Policy makers for CCI, Wisconsin DOC, and Wisconsin DAI are liable in this claim because the policy that they put in place that allows corrections officers, who have very limited training in healthcare, to administer medications to prisoners at CCI and document in the healthcare records caused erroneous information to be recorded in my health care record by C.O. Keske, who was negligent when he falsely entered that I refused my medication on 2/18/19. Columbia Correctional Institution Warden Novak is also liable for failure to properly train CCI's employees on documenting medication refusals.

[B. Statement of Claim]

Staff at WRC including Dr. Michlawski, RN Kaere, PCT Allen & Dr. Monese violated my constitutional rights as well as my patient rights which are gauranteed by state law and the constitution when they ordered gave me a 2nd injection against my wishes and without my consent as I have a significant liberty interest in avoiding the administration of unwanted antipsychotic drugs which is gauranteed by the due process clause of the constitution's 14th Amendment.

Because of the excessive injections I experienced side effects including those mentioned previously, as well as mental and physical fatigue including shortness of breath and sore muscles in my right arm.

C. **JURISDICTION**

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

JURISDICTION ~~OR~~ AND PENDANT/SUPPLEMENTAL JURISDICTION for State law Claims

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am requesting monetary damages for compensation for my civil rights violation and punitive damages - amounts to be decided by a jury and/or court.

Complaint - 4

E.  **JURY DEMAND**

I want a jury to hear my case.

☑ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __5th__ day of __April__ 20__19__.

Respectfully Submitted,

_____
Signature of Plaintiff

__631734__
Plaintiff's Prisoner ID Number

Wisconsin Resource Center
PO Box 220 Winnebago, WI 54985
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5